United States District Court
Middle District of Florida
Jacksonville Division

**KIMBERLY KINNETT,**

    **Plaintiff,**

**v.**                                                       **NO. 3:22-cv-42-MMH-LLL**

**NANCYE WALLS,**

    **Defendant.**

___

### Report and Recommendation for Dismissal Without Prejudice

This cause is before the Court sua sponte. Plaintiff initiated this action on January 10, 2022, by filing a complaint, doc. 1. On the same date, plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form), doc. 2, which the Court construed as a motion to proceed in forma pauperis. Doc. 7 at 1. Upon review of the file, I recommend the case be dismissed for failure to prosecute.

On February 8, 2022, the Court entered an order, doc. 7, taking plaintiff's motion, doc. 2, under advisement. The Court observed plaintiff's complaint was likely subject to dismissal due to lack of subject matter jurisdiction and directed her to either file an amended complaint, or in the alternative, pay the filing fee no later than March 7, 2022. Doc. 7 at 1, 8-9. Plaintiff failed to do so. On April 5, 2022, the Court entered an Order to Show Cause, doc. 8, directing plaintiff to either file an amended

complaint; pay the filing fee; or show cause in writing as to why the Court should not recommend dismissal of his case no later than April 26, 2022. *Id.* at 2. Plaintiff was warned that a failure to comply by April 26, 2022, would likely result in a recommendation that her motion to proceed in forma pauperis be denied and the case be dismissed without further notice. *Id.* To date, plaintiff has not responded to the show cause order, doc. 8, nor has she filed an amended complaint or paid the filing fee.

I respectfully **recommend**:[1]

1. this case be **dismissed without prejudice** for failure to prosecute pursuant to Rule 3.10, Local Rules, United States District Court, Middle District of Florida; and

2. the Clerk be directed to terminate all pending motions and close the file.

**Entered** in Jacksonville, Florida, on May 16, 2022.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

---

[1] "Within 14 days after being served with a copy of [a report and recommendation on a dispositive issue], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; Order (Doc. No. 3), No. 8:20-mc-100-SDM, entered October 29, 2020, at 6.

c:
Honorable Marcia Morales Howard, United States District Judge
Kimberly Kinnett, pro se
96 Bud Hollow Drive
Palm Coast, Florida 32137